Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff
Darren Gilbert

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>  Plaintiff,<br><br> vs.<br><br>AJESH SHANKAR MAHARAJ, individually and dba ROSE LIQUOR FOOD & GAS, et al.,<br><br>  Defendants. | Case No. 2:21-cv-01887-TLN-JDP<br><br>**PLAINTIFF'S REQUEST FOR ADMINISTRATIVE RELIEF FROM SERVICE DEADLINE; ORDER** |

**WHEREA**S, on October 8, 2021, Plaintiff, Darren Gilbert ("Plaintiff"), filed the instant action alleging claims under Title III of the Americans with Disabilities Act of 1990 and parallel California law (ECF No. 1). On October 12, 2021, a Scheduling Order under General Order 56 was issued (ECF No. 3) ("Scheduling Order"). The Scheduling Order required that all defendants be served with the complaint no later than January 6, 2022;

**WHEREAS**, Defendant Ajesh Shankar Maharaj, individually and dba Rose Liquor Food & Gas ("Defendant") has not been served in this action;

**WHEREAS**, Plaintiff attempted to serve Defendant with the Summons and Complaint at 4505 Wrenford Way, Sacramento, CA 95842, but the process server was told Defendant does not reside at that address;

**WHEREAS**, Plaintiff is attempting to serve Defendant at 2148 Lysander Way, Roseville, CA 95661;

**WHEREAS**, Plaintiff requires a 60-day extension to complete service (or take appropriate action) with regards to serve Defendant;

**NOW, THEREFORE**, for the reasons set forth above, Plaintiff respectfully requests that he be given to and including March 7, 2022 to effect service of his Complaint on Defendant.

Dated: January 11, 2022                         MOORE LAW FIRM, P.C.

                                                */s/ Tanya E. Moore*
                                                Tanya E. Moore
                                                Attorney for Plaintiff,
                                                Darren Gilbert

## ORDER

Upon request of Plaintiff for administrative relief and good cause appearing,

**IT IS HEREBY ORDERED** that the Scheduling Order in this matter filed October 12, 2021 (ECF No. 3) be amended to continue the last day by which Plaintiff must serve the Complaint on Defendant from January 6, 2022 to March 7, 2022.

**IT IS SO ORDERED.**

Dated: January 11, 2022

                                                Troy L. Nunley
                                                United States District Judge